Report Date: December 6, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 06, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shellbie Mae Klins    Case Number: 0980 2:17CR00118-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 11, 2017

| | | |
|---|---|---|
| Original Offense: | Escape from Federal Custody, 18 U.S.C. § 751(a) | |
| Original Sentence: | Prison - 10 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: December 1, 2018 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: November 30, 2021 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #6:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence:**  Shellbie Klins submitted a positive urinalysis at the Spokane Residential Reentry Center (RRC) on November 27, 2019, which is a direct violation of special condition number 6.<br><br>On November 27, 2019, Ms. Klins submitted a urinalysis at the RRC which was then sent to the Redwood Toxicology Laboratory (Redwood) for an interpretation. On December 5, 2019, Redwood confirmed a positive result for buprenorphine (Suboxene). It should be noted, due to the results of this positive urinalysis, Ms. Klins' placement at the RRC has been terminated.<br><br>On December 4, 2018, Ms. Klins was provided the judgment and sentence for case number 2:17CR00118-WFN-1. Additionally, she signed said judgment indicating she fully understood the conditions of her term of supervision. |

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/06/2019

s/Jonathan Bot

Jonathan Bot
U.S. Probation Officer

### THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

12/6/2019
Date