PROB 12C
(6/16)

Report Date: July 23, 2021

# United States District Court

для the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 27, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Shellbie Mae Klins | Case Number: | 0980 2:17CR00118-WFN-1 |
| Address of Offender: | | Spokane, Washington 99205 | |
| Name of Sentencing Judicial Officer: | The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | | |
| Date of Original Sentence: | September 11, 2017 | | |
| Original Offense: | Escape From Custody, 18 U.S.C. § 751(a) | | |
| Original Sentence: | Prison - 10 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin Baunsgard | Date Supervision Commenced: | December 1, 2018 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | November 30, 2021 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Shellbie Klins violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about July 15, 2021.

On December 1, 2018, supervision commenced in this matter. On December 4, 2018, a supervision intake was completed. Her conditions of supervised release w reviewed with her. She signed a copy of her judgment acknowledging an understanding of the conditions imposed by the Court, to include special condition number 6, noted above.

On July 12, 2021, a sweat patch was applied on Ms. Klins and was removed on July 15, 2021. The lab report confirmed a positive presence for methamphetamine. Ms. Klins was contacted about this and she has continued to deny use.

It should be noted there were sweat patches removed from Ms. Klins on May 5 and June 24, 2021. Both were confirmed positive from the lab for a presence of methamphetamine. Ms. Klins denied use at that time as well. Those uses and denials were addressed by the Sobriety

Prob12C
Re: Klins, Shellbie Mae
July 23, 2021
Page 2

Treatment and Education Program (STEP) team. Ms. Klins was subsequently terminated from STEP.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  07/23/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[x]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

July 27, 2021
Date