PROB 12C
(6/16)

Report Date: September 2, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 02, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Shellbie Mae Klins | | Case Number: 0980 2:17CR00118-WFN-1 |
| Address of Offender: | Spokane, Washington 99205 | |
| Name of Sentencing Judicial Officer: | The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | |
| Date of Original Sentence: September 11, 2017 | | |
| Original Offense: | Escape From Custody, 18 U.S.C. § 751(a) | |
| Original Sentence: | Prison - 10 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: December 1, 2018 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: November 30, 2021 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/27/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 1**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay. |
| | **Supporting Evidence**: It is alleged that Shellbie Klins violated the terms of her supervised release by failing to engage in mental health services since May 2021. |
| | On December 1, 2018, supervision commenced in this matter. On December 4, 2018, a supervision intake was completed. Her conditions of supervised release were reviewed with her. She signed a copy of her judgment acknowledging an understanding of the conditions imposed by the Court, to include special condition number 1, noted above. |
| | On September 1, 2021, the undersigned received a return phone call from Ms. Klins' mental health counselor with Frontier Behavioral Health. The undersigned was advised that Ms. Klins had not been engaged in services since May 2021. It was reported that Ms. Klins failed to attend three appointments in June 2021. Her primary provider was out of the office for an extended period of time, however, she was scheduled for appointments with another |

Prob12C
Re: Klins, Shellbie Mae
September 2, 2021
Page 2

provider on July 29, and August 18, 2021. She failed to attend both appointments. She was then scheduled with her primary counselor on August 31, 2021, and yet again failed to attend. Ms. Klins then advised her counselor that she was awaiting results for a COVID-19 test. However, she had already received her results which revealed negative for COVID-19. It appears she was dishonest with her counselor in an effort to avoid scheduling an appointment.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/02/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

9/2/2021
Date