PROB 12C
(6/16)

Report Date:  September 24, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Sep 24, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shellbie Mae Klins                    Case Number: 0980 2:17CR00118-WFN-1

Address of Offender:                    Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 11, 2017

Original Offense:        Escape From Custody, 18 U.S.C. § 751(a)

Original Sentence:       Prison - 10 months               Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Caitlin A. Baunsgard             Date Supervision Commenced: December 1, 2018

Defense Attorney:        Christina Wong                   Date Supervision Expires: November 30, 2021

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/27/2021 and 09/02/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**:  It is alleged that Shellbie Klins violated the terms of her supervised release by failing to appear for a random urinalysis, on or about September 13, 2021.

On December 1, 2018, supervision commenced in this matter.  On December 4, 2018, a supervision intake was completed. Her conditions of supervised release were reviewed with her.  She signed a copy of her judgment acknowledging an understanding of the conditions imposed by the Court, to include special condition number 6, noted above.

Ms. Klins is enrolled in random drug testing through Pioneer Human Services (PHS).  Ms. Klins is expected to call the drug testing line daily to determine if her color for testing is called.  If her color is called, she is required to appear at PHS that same day for drug testing.

On September 13, 2021, she failed to appear for a random drug test at PHS.

Prob12C
**Re: Klins, Shellbie Mae**
**September 24, 2021**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     09/24/2021
_____

s/Melissa Hanson
_____

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]   Defendant to appear before the Judge assigned to the
         case.
[X]   Defendant to appear before the Magistrate Judge.
[  ]   Other

_____
Signature of Judicial Officer

        9/24/2021
_____
Date